Jessica T. Arena
CA Bar # 301807
Law Office of Jessica T. Arena
2443 Fillmore Street, #380-1614
San Francisco, CA 94115
Tel.: (541) 525-3341
Email: jessica@jtarenalaw.com

*Attorney for Plaintiff*

**IT IS SO ORDERED**
*/s/ Susan Illston*
Judge Susan Illston

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Selene Galindo Nieves<br><br>Plaintiff,<br><br>v.<br><br>UR JADDOU, et al.,<br><br>Defendants. | No. 3:24-cv-08061-SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

Under Federal Rules of Civil Procedure 41(A), this action is dismissed without prejudice by the Plaintiff in its entirety.

Dated: June 20, 2025        */s/ Jessica T. Arena*
                            JESSICA T. ARENA
                            Attorney for Plaintiff